## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sumaya Hussein
          Plaintiff,

v.                Case No.: 1:23−cv−03480
               Honorable Charles P. Kocoras

Tom Ford International LLC
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 12, 2023:

  MINUTE entry before the Honorable Charles P. Kocoras: In light of the Notice of Settlement [7] filed on 7/11/23, this matter is dismissed without prejudice, to convert to a dismissal with prejudice on 9/13/23 without further order of Court. Status hearing set for 8/15/23 is stricken. Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.